

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2022

No. 04-21-00494-CR

Harvey **GUTIERREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 620144
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant's brief was due June 6, 2022. On June 10, 2022, appellant filed both his brief and a motion requesting a four-day extension of time to file the brief. After consideration, we **GRANT** appellant's motion for extension of time and deem the brief timely filed as of June 10, 2022.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court